# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 JAN 30 PM 2:02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Houston
FROM: R. Mullin, Deputy Clerk   RECEIVED DATE: 1/28/2008
CASE NO.: 08cv0063 JAH (WMc)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Demetrius v. San Diego Police Department
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☑ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Case closed as of 1/16/2008.; Plaintiff has 45 days from 1/16/08 to comply w/ order + re-open case. |

Date forwarded: 1/29/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Houston

Dated: 1/30/08   By: KMB, PSLC
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]



United State District Court.
880 Front Street, Suite 4290.
San Diego CA 92101.

 Ardy Chadwick.
 CMC.
 PO Box 8101.
 San luis obispo CA 93409.

Dear sir/madlom:
 You send me a letter about my law suit. well I dont care what you say or Do one I can not pay no 350.00 Im in prison and I am going to keep fightting this law suit I am trying to get this in the fed court and now I will send it to the Fed's now you. Will not hear from me or the End I am sueing the state of San Diego. I will not let that Durty White cop. you listen to me I am going to tell you what he did, That Buster Beat me up for no Dam reason, He gave me head injury's where now I have suzzer's Busted ear Drum. I cant pay nothing. nothing. now I am so glade you turn me Down. now I am going all the way. to the highest court in the united state. you Belive in what the cop's Do. and I have to go on what you do. cop's Beatting on people and liring on them put people into prison well I am going to fight you all the way. I cant do nothing until my counster and the trust account office Do the paper work. The cop Beat me up and you are going to pay me 3.15 million for something didn't do. so get ready for a fight Because I'm going to fight you.

 Chadwick

RECEIVED