# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 FEB -7 PM 2:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Houston__
FROM: __R. Mullin,__ Deputy Clerk     RECEIVED DATE: __2/6/2008__
CASE NO.: __08cv0063 JAH (WMc)__   DOCUMENT FILED BY: __Plaintiff__
CASE TITLE: __Demetrius v. San Diego Police Department__
DOCUMENT ENTITLED: __Letter__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | **OTHER: Case closed as of 1/16/2008.** Plaintiff must comply with Court's 1/16/08 order to reopen case |

Date forwarded: __2/7/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Judge Houston__
Dated: __2/7/08__     By: __SPL/PSLC__
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

District Clerk
U.S. District Court Southern.
District of C.A.
4290 Edward J Schwartz.
880 Front Street
San Diego C.A. 92101

**REJECTED**

No-C.06-6975 SBA. CPR.
Case No 406-CV-06975-SBA.
Chadwick ARDY D.
C.M.C.
P.O Box 8101.
San luis obispo C.A. 93409.

Dear sir/maddom.
how are you feeling To day. my reason for writting you I am The one who file The Civil right Suite on The San Diego P.D for what They had Done To me. it was officer hall who lie saying he got Drug's from me. and That a lie and it was another cop who was in a police uneform white cop who Beat me up. gave me head injury and Busted my Ear Drum and lower Back promble.
I want a jury and The News Team in The court room. I DID nothing wrong. To be here. and I am going To Tell The Trueth. in court on what really happen. I have To where hereing aid's I did nothing wrong To This cop or said anything Back But yeh he did all my injury's and for what. what I am going To say. you will be surprise. I have state ments from my wittness who name are mark and amy. They saw when That cop Beat me up. now while Im going proper I Feel I should get what I ask for Im going To The News Team any way.
I am going To Tell Them how This man DID me. officer hall DID not give me no money. he gave The money To a creck head who goes By The name shorty. He DID not give me nothing. now I am going To Tell you