United States District Court
Office of The Clerk
880 Front Street, Suite 4290
San Diego C.A 92101.

NUNC PRO TUNC
MAY 21 2008

FILED
08 MAY 28 AM 8:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: g  DEPUTY

Chadwick ARDY D.
CMC East 7320
P.O Box 8101
San Luis Obispo C.A 93409.

Dear Sir/Maddom
I'm writting you. So you can understand. I dont want To go preper// you people keep closeing out my case. I am going To Fight The Police station I'm going To The News and I'm going To let The people Know That a Durty write cop Beat me up Busted my Ear Drum// and head injury. But you People want To protect This cop. and officer Hall if you want To. I am going To Fight you To The state Capetel. I will write To Them. and let Them Know what The Court is putting me Threw. a cop lie on The paper work got The wrong man.// But I'm paying for some Body Eles mest now I might a head and sue The state of san Diego. I fear no man But god No judge. They Breck There own law's any way. I am Trying to get a lawyer. But That Baster will pay for what he did To me.
But you should Know your wrong for what That man Did To me. I'm getting help from all my family and my church. I Dont Trust white people and I'm going To Put That into my new's letter. To The press. you want a Fight I will get

and give you The Fight of your life I'm not Done. not By a long shot you'll want money To pay for what some Body did To me. But you want me To pay. and I'm asking for a lowyer. Not a preper

But if I have To Fine a lowyer, I will Fine The BesT. I will go Through The law office your law buck's and The people have To pay. The law is for The white man. Just The Black's But I'm going To Fight you. Till god all mighty Take my life, The police cant Be Trusted and you see what I am going To do,

I geT BeaT up BuT I have To pay for what happen To me, you white people are nothing But The Devil you let a human Beat anothe human. But The courT is going To Tell you, you have To pay

That wrong But I am going To show you NO Body lie But That Durty white cop and officer hall DiD and I am going To show you The Trueth. Because you people Dan't know The Trueth.



Thank you.

Chadwick Arly Lee

NAME AND ADDRESS OF ATTORNEY

**FILED**
MAY 9 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PHONE:

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE

COURT REPORTER

_Chadwick ARDY D_ )
(Appellant/Appellee)   Plaintiff

CIVIL NO. _08 CV 63_

vs

NOTICE OF APPEAL    (Civil)

_San Diego PPT_ )
(Appellant/Appellee)   Defendant

Notice if hereby given that _Chadwick ARDY Demetrius_

____ Plaintiff ____ Defendant above named, hereby appeals to the United States Court of Appeals for the:    (check appropriate box)

Ninth Circuit ✓                Federal Circuit

from the:    (check appropriate box)

____ Final Judgment            Order (describe) _Feb_

entered in this proceeding on the __2__ day of _Feb_, 20 _08_.
Transcripts required     Yes            No.
Date civil complaint filed:

Date: _5/5/08_                _Chadwick ARDY D._
                              Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

# Appeal Documents

3:08-cv-00063-JAH-WMC Demetrius v. San Diego Police Department **CASE CLOSED on 01/16/2008**

U.S. District Court

Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 5/13/2008 at 9:15 AM PDT and filed on 5/9/2008

**Case Name:** Demetrius v. San Diego Police Department
**Case Number:** 3:08-cv-63
**Filer:** Chadwick Ardy Demetrius
**WARNING: CASE CLOSED on 01/16/2008**
**Document Number:** 6

**Docket Text:**
**NOTICE OF APPEAL as to [3] Order Dismissing Case by Chadwick Ardy Demetrius. (Filing Fee: Not Paid). (leh)**

**3:08-cv-63 Notice has been electronically mailed to:**

**3:08-cv-63 Notice has been delivered by other means to:**

Chadwick Ardy Demetrius
T-13047
California Men's Colony
PO Box 8101
San Luis Obispo, CA 93409

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=5/13/2008] [FileNumber=2592492-0
] [a8e5063ab21da1627e13ea592a34c6b4841e60645a3ea2ff3a0fe8dabc5366123b9

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals                **Date:** 05/13/08
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title:    Chadwick Ardy Demetrius v. San Diego Police Department

U.S.D.C. No.:    08cv0063 JAH (Wmc)            U.S.D.C. Judge:    John A. Houston

Complaint/Indictment/Petition Filed:    Complaint

Appealed Order Entered:    1/16/2008

Notice of Appeal Filed:    5/9/2008

Court Reporter:    n/a

COA Status:    [ ] Granted in full/part (appeal only)        [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee:    [ ] Paid        [x] Not Paid        [ ] No Fee Required
USA/GOVT. APPEAL:    [ ] Yes    [x] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked?    [ ] Yes    [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information

**Appellant Counsel:**                    **Appellee Counsel:**

Chadwick Ardy Demetrius                    N/A
T-13047

California Men's Colony
PO Box 8101
San Luis Obispo, CA 93409


Counsel Status:    [ ] Retained        [ ] Appointed        [x] Pro Se
Appointed by: _____
(Attach copy of order/minutes)

## Defendant Information
Prisoner ID Number:    T-13047

Bail: _____
Custody: __x_____

## SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: Order Denying Motion for IFP and Dismissing Case without Prejudice entered 1/16/2008 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Lauren Hammer                                   **L. Hammer**
_____                    _____
Deputy's Name                                      Deputy's Signature

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To:   Clerk, U.S. Court of Appeals
      P.O. Box 193939
      San Francisco, CA 94119-3939

Re:   **USCA No:**
      **USDC No:**   **08cv0063 JAH (WMc)**
      **Demetrius v. San Diego Police Department**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries |
| x | Case Information/Docket Fee Payment Notification Form | | |
| | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
| | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
| | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
| | Judgement Order | F/P Order | |
| | CJA Form 20 | Minute Order | |
| | Certificate of Record | Mandate Return | |
| | Magistrate Judge's Report and Recommendation | | |
| | COA Order | | |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| x | Order denying Motion for IFP and Dismissing Case without Prejudice entered 1/16/2008 | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date:   05/13/08           By: **L. Hammer**
                           Lauren Hammer, **Deputy**

Chadwick Ardy Demetrius
T-13047
California Men's Colony
PO Box 8101
San Luis Obispo, CA 93409