**FILED**

JUN 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 13 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

CHADWICK ARDY DEMETRIUS,

Plaintiff - Appellant,

v.

SAN DIEGO POLICE DEPARTMENT,

Defendant - Appellee.

No.  08-55845

D.C. No.  3:08-cv-00063-JAH-WMC

Southern District of California, San Diego

**ORDER**

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of entry of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Joe Williams
Deputy Clerk